```
                              United States Bankruptcy Court
                              Northern District of Alabama
```

In re:                                                              Case No. 13-71065-CMS
Geneva Manuel                                                       Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 1126-7          User: awalton           Page 1 of 1         Date Rcvd: Dec 19, 2013
                              Form ID: pdf000         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2013.
```
db           +Geneva Manuel,    1705 18th Street,    Tuscaloosa, AL 35401-4638
cr            Family Credit, Inc.,    c/o Rachel L. Webber,   ROSEN HARWOOD, PA,
               2200 Jack Warner Parkway, Suite 200,    Post Office Box 2727,    Tuscaloosa, AL 35403-2727
cr           +United Consumer Financial Serv.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,
               Tucson, AZ 85712-1083
7882234      +Chesnutt Furniture Co,    2230 University Blvd,    Tuscaloosa, AL 35401-1542
7882238      +Comcast,   3008 Airpark Drive S,    Flint, MI 48507-3489
7882239      +Covington Credit,    c/o Southern Management Corp #AL,    ATTN; Sharon Dill,    P.O. Box 1947,
               Greenville, SC 29602-1947
7924648      +Covington Credit of AL09,    c/o Southern Management Corp,    att: Sharon dill,    P O Box 1947,
               Greenville, SC 29602-1947
7882235       Family Credit, Inc.,    c/o Rosen Harwood, P A,    Post Office Box 2727,
               Tuscaloosa, AL 35403-2727
7882242      +The University of Alabama,    Unviersity Medical Center,    850 5th Avenue East,
               Tuscaloosa, AL 35401-7419
8086164       US Department of Education,    PO BOX 16448,   St Paul MN 55116-0448
7882237      +Union Furniture Co,    2104 Greensboro Ave,   Tuscaloosa, AL 35401-5698
8025458      +United Consumer Financial Services,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
7882240      +E-mail/Text: rfinance@farmerstel.com Dec 20 2013 02:24:10     Modern Loans,    P.O. BOX 307,
               RAINSVILLE, AL 35986-0307
7923418       E-mail/Text: bnc-quantum@quantum3group.com Dec 20 2013 02:24:23
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
7975903       E-mail/Text: bankruptcy.noticing@security-finance.com Dec 20 2013 02:22:29
               SFC-Central Bankruptcy,    P.O. Box 1893,   Spartanburg, S.C. 29304-1893
7882241       E-mail/Text: bankruptcy.noticing@security-finance.com Dec 20 2013 02:22:29     Security Finance,
               610 Skyland Blvd E,    Tuscaloosa, AL 35405-4037
7894025       Fax: 912-629-1539 Dec 20 2013 03:53:36     TitleMax of Alabama, Inc. d/b/a TitleMax,
               15 Bull Street, Suite 200,    Savannah, GA 31401
7882236       Fax: 912-629-1539 Dec 20 2013 03:53:36     Titlemax of Alabama,    3318 McFarland Blvd East,
               Tuscaloosa, AL 35405
7882243      +E-mail/PDF: bk@worldacceptance.com Dec 20 2013 02:35:53     World Finance,    604 Skyland Blvd,
               Tuscaloosa, AL 35405-4037
7892467      +E-mail/PDF: bk@worldacceptance.com Dec 20 2013 02:35:52     World Finance Corporation,
               604 Skyland Boulevard E,   Tuscaloosa, AL 35405-4037
                                                                                              TOTAL: 8

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2013                                      Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2013 at the address(es) listed below:
```
              C David Cottingham    dcottingham@ch13tuscaloosa.com, dcottingham13@ecf.epiqsystems.com
              Eric M Wilson    on behalf of Debtor Geneva  Manuel ewilson@ericwilsonlaw.com,
               ericwilsonlaw@gmail.com
              Rachel L Webber    on behalf of Creditor   Family Credit, Inc. bknotice@rcslaw.com
                                                                                              TOTAL: 3
```

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

In the Matter of:

Geneva Manuel                     }     **Case No: 13-71065-CMS13**
  SSN: XXX-XX-2636                }
    DEBTOR(S).                    }
                                  }
                                  }

**ORDER GRANTING**

This matter came before the Court on Tuesday, December 17, 2013 09:00 AM, for a hearing on the following:

  1) RE: Doc #33; Debtor's Motion to Modify Plan to Pay Unsecured Creditors a Pot Plan of $1,650.00
  2) RE: Doc #34; Debtor's Motion to Surrender Collateral (one Kirby Cleaning System) to United Consumer Financial Services

Proper notice of the hearing was given and appearances were made by the following:

  C David Cottingham, Trustee
  Eric M Wilson, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

The Debtor's Motion to Modify Plan is GRANTED. The Secured Claims shall be paid 100%, and the Debtor's Plan shall be Amended to Pay Unsecured Creditors in full satisfaction of the original amounts of the timely filed Unsecured Claims or their Pro Rata Share of $1,650.00 (or amount paid, whichever is greater); That the Court determines pursuant to Section 1325(a)(4) that the Value, as of the effective date of the Plan, of the property to be distributed under this Plan on account of such timely filed Unsecured Claims is not less than the amount that would be paid on such Claims if the Estate of the Debtor was liquidated under Chapter 7 of the Bankruptcy Code.

The Debtor's Motion to Surrender Collateral (Kirby Cleaning System) of United Consumer Financial Services is GRANTED. Said Creditor is GRANTED Relief from Stay to Accept Surrender and Liquidate said collateral. Said Creditor is granted leave to file a deficiency claim upon liquidation of its collateral.

Dated: 12/19/2013                          /s/ C. MICHAEL STILSON
                                           C. MICHAEL STILSON
                                           United States Bankruptcy Judge